**RECEIVED**
By United States Marshals Service at 10:58 pm, Dec 18, 2024

DOA: 3/17/25

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11749054
USMS:
Warrant: 2506-1218-0203-J
NCIC: Not entered by USMS

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) |
| CHRISTOPHER GILBERT | ) |
| *Defendant* | |

Case Number: 3:24-CR-00132-SLG-KFR

25-04097-MJ-01-PCT-CDB

LAW ENFORCEMENT SENSITIVE
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER GILBERT,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:844(e) BOMB THREAT IN INTERSTATE COMMERCE – Counts 1-6

Date: December 18, 2024        By: *s/Brenda Kappler*, Deputy Clerk
                                   *Issuing officer's signature*

City and state: Anchorage, Alaska       Candice Duncan, Clerk of Court
                                        *Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2024, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____              _____
                                  *Arresting officer's signature*

                                  _____
                                  *Printed name and title*

S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | COUNTS 1-6: |
| vs. | BOMB THREAT IN INTERSTATE COMMERCE |
| CHRISTOPHER GILBERT, | Vio. of 18 U.S.C. § 844(e) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about the 17th day of October, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at Ted Stevens International Airport in Anchorage, Alaska, and to unlawfully damage and destroy real and personal property, namely Ted Stevens

International Airport in Anchorage, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

## COUNT 2

On or about the 17th day of October, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at Fairview Elementary School in Anchorage, Alaska, and to unlawfully damage and destroy real and personal property, namely Fairview Elementary School in Anchorage, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

## COUNT 3

On or about the 17th day of October, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at Maniilaq Health Center in Kotzebue, Alaska, and to unlawfully damage and destroy real and personal property, namely Maniilaq Health Center in Kotzebue, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

//

//

## COUNT 4

On or about the 8th day of December, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at Ted Stevens International Airport in Anchorage, Alaska, and to unlawfully damage and destroy real and personal property, namely Ted Stevens International Airport in Anchorage, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

## COUNT 5

On or about the 8th day of December, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at O'Malley Elementary School in Anchorage, Alaska, and to unlawfully damage and destroy real and personal property, namely O'Malley Elementary School in Anchorage, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

## COUNT 6

On or about the 8th day of December, 2023, within the District of Alaska, the defendant, CHRISTOPHER GILBERT, through the use of a telephone, an instrumentality of interstate or foreign commerce, willfully made a threat, and

maliciously conveyed false information knowing it to be false, to kill, injure, and intimidate individuals present at Harborview Elementary School in Juneau, Alaska, and to unlawfully damage and destroy real and personal property, namely Harborview Elementary School in Juneau, Alaska, by means of an explosive.

All of which is in violation of 18 U.S.C. § 844(e).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ William A. Taylor
WILLIAM A. TAYLOR
Assistant U.S. Attorney
United States of America


s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: December 17, 2024